# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-2211

**Short Case Caption:** Novartis Pharmaceuticals Corporation v. MSN Pharmaceuticals, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Novartis Pharmaceuticals Corporation

| | |
|---|---|
| **Principal Counsel:** Deanne E. Maynard | Admission Date: 02/27/1998 |
| Firm/Agency/Org.: Morrison & Foerster LLP | |
| Address: 2100 L Street NW, Suite 900, Washington DC 20037 | |
| Phone: 202-887-8740 | Email: dmaynard@mofo.com |
| **Other Counsel:** Seth W. Lloyd | Admission Date: 08/15/2015 |
| Firm/Agency/Org.: Morrison & Foerster LLP | |
| Address: 2100 L Street NW, Suite 900, Washington DC 20037 | |
| Phone: 202-887-6946 | Email: SLloyd@mofo.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/13/24

Signature: /s/ Deanne E. Maynard

Name: Deanne E. Maynard

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | | |
|---|---|---|
| **Other Counsel:** Jared Stringham | | Admission Date: 3/25/2016 |
| Firm/Agency/Org.: Venable LLP | | |
| Address: 151 W. 42nd Street, 49th Floor, New York, NY 10036 | | |
| Phone: 212-218-2523 | Email: jlstringham@venable.com | |
| **Other Counsel:** Christopher Loh | | Admission Date: 02/23/2011 |
| Firm/Agency/Org.: Venable LLP | | |
| Address: 151 W. 42nd Street, 49th Floor, New York, NY 10036 | | |
| Phone: 212-218-2243 | Email: CLoh@venable.com | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |