# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

**GERBERA THERAPEUTICS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,**
*Defendants*

---

2024-2211, 2024-2212

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-md-02930-RGA, 1:22-cv-01395-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 4, 2024
Date

Jarrett B. Perlow
Clerk of Court